IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MONUMENT PEAK VENTURES, LLC, | § | |
| *Plaintiff,* | § § § | |
| v. | § | CIVIL ACTION NO. 2:23-CV-00169-JRG-RSP |
| BLU PRODUCTS, INC., | § § § | |
| *Defendant.* | § § § | |

## ORDER

Before the Court is the Joint Motion to Stay Scheduling Conference filed by Plaintiff Monument Peak Ventures, LLC and Defendant BLU Products, Inc. **Dkt. No. 12**. Having considered the motion, it is **DENIED**. Counsel are directed to appear at the July 20, 2023 scheduling conference.

**SIGNED this 7th day of July, 2023.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE