# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| MONUMENT PEAK VENTURES, LLC, | § | |
|---|---|---|
| *Plaintiff,* | § | |
| v. | § | CIVIL ACTION NO. 2:23-CV-00169-JRG-RSP |
| BLU PRODUCTS, INC., | § | |
| *Defendant.* | § | |

## ORDER

Before the Court is Plaintiff Monument Peak Ventures, LLC's Unopposed Motion to Extend Response Deadline. **Dkt. No. 14**. Having considered the motion, it is **GRANTED**. It is therefore **ORDERED** that Plaintiff's deadline to file its response to Defendant BLU Products, Inc.'s Motion to Dismiss (Dkt. No. 7) is extended until Monday, July 31, 2023.

**SIGNED this 14th day of July, 2023.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE